IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK and DOES 1 through 100,<br><br>Defendants. | CV 21-45-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs move for the admission of Taras Kick to practice before this Court in this case with David K. W. Wilson, Jr. to act as local counsel. (Doc. 9.)

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the attorney seeking *pro hac vice* admission must state what court(s) and date(s) of admission the applicant has been admitted to practice. L.R. 83.1(d)(3)(D). While Plaintiffs' motion contains an otherwise complete affidavit, Mr. Kick has failed to fully address L.R. 83.1(d)(3)(D). (*See* Doc. 4-1 at ¶¶ 4, 5.)

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Mr. Kick *pro hac vice* is DENIED without prejudice. Plaintiffs may resubmit their

motion, provided the motion is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 11th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge