IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INTERSTATE BANK and DOES 1 through 100,<br><br>Defendants . | CV 21-45-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Taras Kick (*a/k/a* Taras Kihiczak) to practice before this Court in this case with David K. W. Wilson, Jr. to act as local counsel. Mr. Kick's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Taras Kick *pro hac vice* is GRANTED on the condition that Mr. Kick shall do his own work. This means that Mr. Kick must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Kick may move for the admission *pro hac vice* of

one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Kick.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kick, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge