IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK and DOES 1 through 100,<br><br>Defendants. | CV 21-45-BLG-SPW-TJC<br><br><br>**ORDER** |

Plaintiffs have filed an unopposed Motion to Stay Proceedings Pending Mediation.  (Doc. 26.)  Good cause appearing,

IT IS HEREBY ORDERED that the motion (Doc. 26) is GRANTED, and this proceeding shall be STAYED.  All deadlines shall be suspended pending mediation.  The parties shall submit a joint status report to the Court on **October 15, 2021**, regarding the outcome of the mediation.

DATED this 19th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge