IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK and DOES 1 through 100,<br><br>Defendants. | CV 21-45-BLG-SPW-TJC<br><br>**ORDER** |

Defendant First Interstate Bank has advised the Court that it opposes Plaintiffs' Motion to Stay Proceedings Pending Mediation. (Doc. 26, 29.) Accordingly, Defendant will be afforded the opportunity to file a brief in opposition to the motion should it so choose.

IT IS HEREBY ORDERED that Defendant is granted 14 days, or until September 3, 2021, to file a brief in opposition to Plaintiffs' Motion to Stay.

DATED this 20th day of August, 2021.

TIMOTHY J. CAVAN
United States Magistrate Judge