IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK and DOES 1 through 100,<br><br>Defendants. | CV 21-45-BLG-SPW-TJC<br><br>**ORDER STAYING CASE** |

The parties have filed a Stipulated Motion to Stay Proceedings, and Notice of Settlement. (Doc. 31.) Good cause appearing, IT IS HEREBY ORDERED that this case is stayed and the parties shall have until December 14, 2021, to finalize the settlement of this matter.

DATED this 18th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge