Mark D. Parker
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Phone: (406) 245-9991
Fax: (406) 245-0971
markdparker@parker-law.com

Stuart M. Richter (*Admitted Pro Hac Vice*)
Andrew J. Demko (*Admitted Pro Hac Vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067
Phone: (310) 788-4582
Fax: (310) 788-4471
stuart.richter@katten.com
andrew.demko@katten.com

*Attorneys for Defendant First
Interstate Bank*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS individually and on behalf of all others similarly situated | ) ) ) ) **Cause No.** CV-21-45-SPW-TJC |
| Plaintiffs, | ) ) **JOINT NOTICE OF SETTLEMENT** |
| v. | ) ) |
| FIRST INTERSTATE BANK, and DOES 1 through 100, | ) ) ) |
| Defendants. | ) ) |

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiffs Stacy Miller and A Few Good Cleaners, on the one hand, and Defendant First Interstate Bank, on the other hand, have reached a class settlement in this case subject to class notice and other class action settlement proceedings. The Parties have approved and executed a formal settlement agreement on December 8, 2021. Currently, the Parties' are working on compiling a detailed list of class members. Once the Parties have the class list confirmed, the parties intend to file a motion for preliminary approval of the settlement in a related case in state court entitled *Brandy Morris and Brenda Gray v. First Interstate Bank*, Case No. DV 20-0528. Accordingly, the Parties respectfully request the Court continue to stay this matter and any pending deadlines to allow the Parties to file their motion for preliminary approval. If a motion for preliminary approval is not filed by February 20, 2022, then the parties will file a joint status report with the Court.

Dated: December 23, 2021                     Respectfully submitted,

*/s/ Stuart M. Richter*

Mark D. Parker
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212

Stuart M. Richter (*Admitted Pro Hac Vice*)
Andrew J. Demko (*Admitted Pro Hac Vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

*Attorneys for Defendant First Interstate Bank*

/s/ Taras Kick_____
Taras Kick (admitted *pro hac vice*)
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088
E-mail: taras@kicklawfirm.com

David K. W. Wilson, Jr.
Robert Farris-Olsen
**MORRISON SHERWOOD WILSON &
DEOLA, PLLP**
401 North Last Chance Gulch
P.O. Box 557
Helena, MT 59624
(406) 442-3261 Phone
(406) 443-7294 Fax
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiffs*

JOINT NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF COMPLIANCE</u>

Defendant First Interstate Bank hereby certifies, pursuant to Local Rule 7.1(d)(2)(E), that the foregoing is printed with a proportionately-spaced, Times New Roman typeface of 14 points; is double spaced; Microsoft Word, and is 406 words, excluding certificate of service and certificate of compliance.

DATED this 23rd day of December, 2021

*/s/ Stuart M. Richter*

Stuart M. Richter

*Attorneys for Defendant First Interstate Bank*

JOINT NOTICE OF SETTLEMENT