IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY MILLER and A FEW GOOD CLEANERS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK, and DOES 1 through 100,<br><br>Defendants. | CV 21-45-BLG-SPW-TJC<br><br><br>ORDER |

Upon Stipulation to Dismiss with Prejudice (Doc. 40) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of September, 2022.

／s／ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1